

FILED

DEC 2 1 2011

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY_____DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ANTHONY UDOM,           ) | Case No. CV 11-6755-RGK (MLG) |
|     Petitioner,     ) | ORDER ACCEPTING FINDINGS AND |
|     v.            ) | RECOMMENDATIONS OF UNITED STATES |
|                ) | MAGISTRATE JUDGE |
| WARDEN, SAN DIEGO CORRECTIONAL ) | |
| FACILITY,          ) | |
|     Respondent.     ) | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Petition, the records on file and the Report and Recommendations of the United States Magistrate Judge. The Court has also conducted a *de novo* review of those portions of the Report and Recommendations to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

Dated: December 20, 2011

*Gary Klausner*

R. Gary Klausner
United States District Judge