
JS - 6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANTHONY UDOM,<br><br>　　Petitioner,<br><br>　　v.<br><br>WARDEN, SAN DIEGO CORRECTIONAL FACILITY,<br><br>　　Respondent. | Case No. CV 11-6755-RGK (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: December 20, 2011



R. Gary Klausner
United States District Judge

