JS - 6/ENTER

**FILED**
DEC 21 2011
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANTHONY UDOM, ) | Case No. CV 11-6755-RGK (MLG) |
|     Petitioner, ) | |
|     v. ) | JUDGMENT |
| WARDEN, SAN DIEGO CORRECTIONAL ) FACILITY, ) | |
|     Respondent. ) | |

IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: December 20, 2011



R. Gary Klausner
United States District Judge



ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
DEC 21 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY